| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Brenda Rivers ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) BRENDA RIVERS C. Date of Delivery 8-1-7<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>3:07CV690<br>R+R |
| 1. Article Addressed to:<br><br>Warden Ralph Hooks<br>St. Clair Correctional Facility<br>1000 St. Clair Road<br>springville, AL 35146 | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 4873 9297 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540