IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JASON LEE HOLLOWAY, ) <br> AIS #230296, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> RALPH HOOKS, Warden; the ) <br> ATTORNEY GENERAL FOR ) <br> THE STATE OF ALABAMA, ) <br> ) <br> Respondents. ) | CIVIL ACTION NO. <br> 3:07-CV-690-MHT |

**RESPONDENTS' MOTION FOR ENLARGEMENT**

Come the Respondents, by and through the Attorney General of the State of Alabama, and respectfully request an enlargement of time of twenty (20) days in which to respond to this Honorable Court's Order to Show Cause why writ of habeas corpus should not be granted. As grounds in support of this motion, Respondents state as follows:

1. Jason Holloway attacks his 2003 convictions for two counts of capital murder, and his resulting sentence of life in prison without the possibility of parole, rendered in Chambers County, Alabama. Holloway's victims were Rodney and Angela Brown. Holloway contends that his two convictions violate the constitutional prohibition against double jeopardy, that the indictment failed to

give him sufficient notice, and that trial counsel was constitutionally ineffective by failing to object to the indictment, failing to object to an erroneous jury charge, and failing to object to the improper amendment of the indictment by a jury charge. Holloway also contends that appellate counsel was constitutionally ineffective for not raising a claim of ineffective assistance of trial counsel.

2. Holloway has previously litigated a direct appeal of his convictions and a post-conviction challenge under Rule 32, <u>Alabama Rules of Criminal Procedure</u>. The Rule 32 proceedings included several remands and the setting aside of a third conviction originally returned by Holloway's trial jury. Additional time is needed to allow counsel for Respondents the opportunity to fully review the records of prior litigation and address all relevant matters in response to Holloway's petition.

THE PREMISES CONSIDERED, Respondents respectfully request an enlargement of time of twenty (20) days to respond to this Honorable Court's Order to Show Cause.

        Respectfully submitted,

        Troy King (KIN047)
        *Attorney General*
        By:

        /s/ Andy S Poole
        Andy S. Poole (POO011)
        *Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2007, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing including exhibits to the following non-CM/ECF participants:   Jason Lee Holloway, AIS #230296, St. Clair Correctional Facility, 1000 St. Clair Road, Springville, Alabama  35146.

/s/Andy S. Poole
Andy S. Poole (POO011)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334)  242-7300
Fax: (334)  242-2848
E-Mail: apoole@ago.state.al.us

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division78311/
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300
309319/111636-001