IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JASON LEE HOLLOWAY, #230296
 Petitioner

v.            §   CASE NO. **3:07-CV-690-MHT**
          §
RALPH HOOKS, et al.,      §
 Respondents.        §

**RESPONSE TO THE ANSWER FILED BY THE RESPONDENTS**

1) Holloway's claims provide a basis for relief. The state courts did not properly adjudicate the issues on direct appeal or on his Rule 32 petition.

2) The state court's decision denying relief is contrary to *Bouie v. Columbia*, 12 L.Ed.2d 894 (1964). Also see *Carmell v. Texas*, 146 L.Ed.2d 577 (2000). The Court of Criminal Appeals is barred from using ex post facto law to deny Holloway relief.

3) Additionally, the adjudication of the double jeopardy claim resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the court proceeding. Holloway was acquitted for the Burglary of Rodney Brown but was convicted of the lesser offense of murder. The lesser murder conviction was vacated by the Appellate Court.

Thus, the same Burglary should have been acquitted or vacated and the residue lesser offense of the murder of Angela Brown because the Burglary is the same house and it occurred at the same time. Otherwise, there can be no conviction for capital murder of Rodney Brown and Angela Brown by one act or pursuant to one scheme or course of conduct. Either one or a divided transaction took place. If one transaction took place then the capital murder during a burglary of Angela Brown is due to be vacated.

If a divided transaction took place then the capital murder of Angela Brown during a burglary is due to be upheld to the lesser degree of murder and the burglary acquitted. The murder of Rodney Brown is due to be reinstated and two new sentences imposed because L.W.O.P. is an unauthorized sentence for an intentional murder conviction.

## CONCLUSION

WHEREFORE, based on the above, Holloway prays this Court grant him relief. Also, Holloway does request for the state to provide him with copies of the entire record on appeal and all the exhibits because he only has some records.

Respectfully submitted,

*Jason Lee Holloway*
Jason Lee Holloway

2

**CERTIFICATE OF SERVICE**

On the below date Holloway has served a copy of the foregoing upon the Attorney General at his proper address by the U.S. Mail, first class postage prepaid.

Done this 18th day of September 2007.

Respectfully,

*Jason Lee Holloway*
Jason L. Holloway, pro se
AIS# 230296 {M41-1A}
1000 St. Clair Road
Springville, Alabama
　　　　　35146-5582

FREE MAIL

Jason Lee Holloway
#230296 M-41
1000 St. Clair Rd
Springville, Al 35146

Office of the Clerk
United State District Court
P.O. Box 711
Montgomery, Al 36101-0711

This correspondence is from an Alabama Department of Corrections inmate, and have not been evaluated for the substance or communication...

FOR LEGAL MAIL USE ONLY